2003 Hochman Family LLC  
1100 Park Avenue  
New York, NY 10128  

Arthur Dresdale  
450 East 83rd Street  
Apt. 10B  
New York, NY 10028  

David A. Durkin  
156 Pear Tree Point Road  
Darien, CT 06820  

David Barse  
230 Osborn Road  
Harrison, NY 10528  

David Volpi  
1035 Park Avenue  
New York, NY 10028  

Dennis Glazer  
15 Kensington Road.  
Apt. PH1  
Bronxville, NY 10708  

Eagleart LP  
Attn: William Gregory Smart,  
General Partner  
14573 Braddock Oak Drive  
Orlando, FL 32837  

Edward C. Forst  
47 Valley Road  
Bronxville, NY 10708  

Fenway HTM SponsorCo, LLC  
PO Box 4938  
New York, NY 10185  

Frank V. Sica  
15 Kensington Road  
Unit 402  
Bronxville, NY 10708  

George F. Pyne  
1248 Oenoke Ridge  
New Canaan, CT 06840  

George W. Wellde Jr  
850 Park Avenue  
Apt. 7A  
New York, NY 10075

Gregg Smart
14573 Braddock Oak Drive
Orlando, FL 32837

Habib Y. Gorgi
151 Grotto Avenue
Providence, RI 02906

Hans Allegaert
219 West 81st Street
New York, NY 10024

James Shillito
41 Glendale Avenue
Rye, NY 10580

John (Jake) Fitzpatrick
10324 Lake Road
Cleveland, OH 44102

Josh Werber
15 Old Wheatley Road
Brookville, NY 11545

Oak Stream Investors III, Ltd.
5001 Spring Valley Road
Suite 1040E
Dallas, TX 75244

Patrick Spear
2602 Fairmont Boulevard
Cleveland Heights, OH 44106

Peter Lamm
300 Central Park West
Apt. 14G
New York, NY 10024

Richard Dresdale
15 Kensington Road
Apt 114
Bronxville, NY 10708

Russell W. Meyer, Jr. Living T
600 Tara Court
Wichita, KS 67206

Scopia Holdings LLC
152 West 57th Street,
33rd Fl
New York, NY 10019

```
Steve O'Neill
5108 Hamilton Court
Palm Beach Gardens, FL 33418


Steven Siesser/STB
9 County Road
Demarest, NJ 07627


Stuart D. Katchis
2 Barker Lane
Scarsdale, NY 10583


The Boomer Fund, LP
152 West 57th Street
New York, NY 10019


Third Avenue HTM Partners, LLC
Attn: Keith Bergen - Alternative Funds Controller
622 Third Avenue
32nd Floor
New York, NY 10017


Tim Fitzpatrick
2682 Cranlyn Road
Shaker Heights, OH 44126
```